**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-29479 |
| | § | |
| DOROTHY JOANNE ZYN | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/12/2014. The undersigned trustee was appointed on 08/12/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $5,028.87

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $278.90 |
   | Bank service fees | $17.19 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $3,080.00 |
   | Other payments to the debtor | $0.00 |
   | | |
   | Leaving a balance on hand of[1] | $1,652.78 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/17/2015 and the deadline for filing government claims was 07/17/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $487.22. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $487.22, for a total compensation of $487.22[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $10.38, for total expenses of $10.38.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/21/2017         By:   /s/ David P. Leibowitz
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

Case 14-29479   Doc 56   Filed 07/10/17   Entered 07/10/17 09:15:42   Desc Main
Document      Page 3 of 14

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:   1           Exhibit A

| Case No.: | 14-29479-DLT | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ZYN, DOROTHY JOANNE | | Date Filed (f) or Converted (c): | 08/12/2014 (f) |
| For the Period Ending: | 5/21/2017 | | §341(a) Meeting Date: | 09/29/2014 |
| | | | Claims Bar Date: | 07/17/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking Account 4377 Chase Bank $4,964.79 held for judgment garnishment in case 2013-M1-713694 | $7,499.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | 735 ILCS 5/12-1001(g)(1) | | | | | |
| 2 | Security Deposit held by former landlord Location: 5525 E Pacific Coast #4, Long Beach CA 90804 | $1,100.00 | $1,100.00 | | $0.00 | FA |
| Asset Notes: | This was originally exempted, but was not exempted in amended schedules. | | | | | |
| 3 | Misc. Household Goods and Furnishings | $580.00 | $0.00 | | $0.00 | FA |
| 4 | Misc. Collectibles | $290.00 | $0.00 | | $0.00 | FA |
| 5 | Misc. Wearing Apparel | $100.00 | $0.00 | | $0.00 | FA |
| 6 | David Yurman men's watch (2) Amethyst rings Roberto Coin necklace Roberto Coin geometric collection Black sapphire necklace ESQ Swiss stainless steel men's watch John Hardy lady bracelet David Yurman money clip Pink cufflinks Movado women's watch Location: House of Kahn, 60 E Walton St, Chicago, IL 60611  David Yurman women's watch Ring Earrings Bracelet Pendant Bracelet Earrings Location: H. Horwitz Co., 845 N Michigan Ave, 900E, Chicago, IL 60611 Ivory Silver Costume jewelry Location: Debtor's residence | $10,975.00 | $7,895.00 | | $4,415.00 | FA |
| Asset Notes: | All jewelry and collectibles enumerated in asset numbers 9-24 have been consolidated to asset number 6 for clarity. | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2    Exhibit A

| Case No.: | 14-29479-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ZYN, DOROTHY JOANNE | Date Filed (f) or Converted (c): | 08/12/2014 (f) |
| For the Period Ending: | 5/21/2017 | §341(a) Meeting Date: | 09/29/2014 |
| | | Claims Bar Date: | 07/17/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 7  Misc. Hobby Equipment | $50.00 | $0.00 | | $0.00 | FA |
| 8  IRA 2469 Fidelity Investments | $150.00 | $0.00 | | $0.00 | FA |
| 9  Waterford Crystal clock - Seiko movement in box  (u) | $0.00 | $300.00 | | $0.00 | FA |
| **Asset Notes:** For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| 10  David Yurman Money Clip - Silver?  (u) | $0.00 | $100.00 | | $0.00 | FA |
| **Asset Notes:** For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| 11  Movado Women's watch  (u) | $0.00 | $500.00 | | $0.00 | FA |
| **Asset Notes:** For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| 12  Wedgewood Ashtray  (u) | $0.00 | $100.00 | | $0.00 | FA |
| **Asset Notes:** For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| 13  Wedgewood Queen's Jubilee ashtray  (u) | $0.00 | $100.00 | | $0.00 | FA |
| **Asset Notes:** For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| 14  "The Lord Wedgewood of Barlaston" small octagonal box - slate color  (u) | $0.00 | $200.00 | | $0.00 | FA |
| **Asset Notes:** For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| 15  small oval Wedgewood Box -Blue  (u) | $0.00 | $200.00 | | $0.00 | FA |
| **Asset Notes:** For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| 16  small Wedgewood bud vase - slate/gray  (u) | $0.00 | $50.00 | | $0.00 | FA |
| **Asset Notes:** For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| 17  Waterford Diamond Paperweight Clock  (u) | $0.00 | $150.00 | | $0.00 | FA |
| **Asset Notes:** For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| 18  thin gold necklace  (u) | $0.00 | $100.00 | | $0.00 | FA |
| **Asset Notes:** For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| 19  Ivory Bracelet  (u) | $0.00 | $100.00 | | $0.00 | FA |
| **Asset Notes:** For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| 20  Ivory Beads  (u) | $0.00 | $100.00 | | $0.00 | FA |
| **Asset Notes:** For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| 21  Ivory Earrings  (u) | $0.00 | $100.00 | | $0.00 | FA |
| **Asset Notes:** For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| 22  Ivory Ring  (u) | $0.00 | $100.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3     Exhibit A

| Case No.: | 14-29479-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ZYN, DOROTHY JOANNE | Date Filed (f) or Converted (c): | 08/12/2014 (f) |
| For the Period Ending: | 5/21/2017 | §341(a) Meeting Date: | 09/29/2014 |
| | | Claims Bar Date: | 07/17/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Asset Notes:** For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| **Ref. #** | | | | | |
| 23   Ivory Rose   (u) | $0.00 | $100.00 | | $0.00 | FA |
| **Asset Notes:** For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| 24   4 ivory rings (determined to be bone, not ivory)   (u) | $0.00 | $200.00 | | $0.00 | FA |
| **Asset Notes:** For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| 25   Illinois Unclaimed Funds   (u) | $0.00 | $613.87 | | $613.87 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

       $20,744.00      $12,108.87      $5,028.87      $0.00

**Initial Projected Date Of Final Report (TFR):** 07/17/2016     **Current Projected Date Of Final Report (TFR):** 05/23/2017     /s/ DAVID LEIBOWITZ

                                                                                                                                                         DAVID LEIBOWITZ

**FORM 2**

Page No: 1  Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-29479-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ZYN, DOROTHY JOANNE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2949 | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/12/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/21/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/28/2015 | (6) | House of Kahn Inc | Payment for Sale of Jewelry held on consignment | 1129-000 | $125.00 | | $125.00 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.18 | $124.82 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.21 | $124.61 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.18 | $124.43 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.19 | $124.24 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.20 | $124.04 |
| 11/30/2015 | (6) | House of Kahn | Payment for Sale of Jewelry held on consignment | 1129-000 | $600.00 | | $724.04 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.18 | $723.86 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $1.13 | $722.73 |
| 01/20/2016 | (6) | H. Horwitz | proceeds of sale of certain assets - balance of consignment returned to Trustee and enumerated separately on Form 1 | 1129-000 | $2,500.00 | | $3,222.73 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.59 | $3,220.14 |
| 02/04/2016 | 3001 | DOROTHY ZYN | exemptions to debtor on personal property assets | 8100-002 | | $3,080.00 | $140.14 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.89 | $136.25 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.21 | $136.04 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.21 | $135.83 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.21 | $135.62 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.21 | $135.41 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.21 | $135.20 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.21 | $134.99 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.22 | $134.77 |

**SUBTOTALS** $3,225.00 $3,090.23

**FORM 2** Page No: 2 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-29479-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ZYN, DOROTHY JOANNE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2949 | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/12/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/21/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/03/2016 | | Leonard Auction, Inc. | Proceeds of Auction of Personal Property | | * | $896.45 | | $1,031.22 |
| | {6} | | Bone Jewelry Assortment | $50.00 | 1129-000 | | | $1,031.22 |
| | | | Buyer's Premium - Bone Jewelry | $(20.00) | 3610-000 | | | $1,031.22 |
| | {6} | | Watch (1) | $400.00 | 1129-000 | | | $1,031.22 |
| | | | Buyer's Premium - amethyst cocktail ring | $(20.00) | 3610-000 | | | $1,031.22 |
| | {6} | | Money Clip | $90.00 | 1129-000 | | | $1,031.22 |
| | | | Buyer's Premium - money clip | $(20.00) | 3610-000 | | | $1,031.22 |
| | | | Buyer's Premium - Yurman Watch (1) | $(80.00) | 3610-000 | | | $1,031.22 |
| | {6} | | Yurman Watch (2) | $275.00 | 1129-000 | | | $1,031.22 |
| | | | Buyer's Premium - Yurman Watch (2) | $(55.00) | 3610-000 | | | $1,031.22 |
| | {6} | | Movado Watch | $120.00 | 1129-000 | | | $1,031.22 |
| | | | Buyer's Premium - Movado Watch | $(24.00) | 3610-000 | | | $1,031.22 |
| | {6} | | Roberto Coin Necklace | $140.00 | 1129-000 | | | $1,031.22 |
| | | | Buyer's Premium - Roberto Coin Necklace | $(28.00) | 3610-000 | | | $1,031.22 |
| | | | Insurance | $(11.55) | 3620-000 | | | $1,031.22 |
| | {6} | | Amythest Ring | $80.00 | 1129-000 | | | $1,031.22 |
| 10/31/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $1.51 | $1,029.71 |
| 11/07/2016 | | Leonard Auction, Inc. | Liquidation of Wedgwood Assortment | | * | $14.65 | | $1,044.36 |
| | {6} | | Liquidation of Wedgwood Assortment | $35.00 | 1129-000 | | | $1,044.36 |
| | | | auctioneer's insurance | $(0.35) | 3620-000 | | | $1,044.36 |
| | | | flat fee commission | $(20.00) | 3610-000 | | | $1,044.36 |
| 11/30/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $1.62 | $1,042.74 |
| 12/30/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $1.68 | $1,041.06 |
| 01/16/2017 | (25) | Susana A. Mendoza | Illinois Unclaimed Funds | | 1229-000 | $613.87 | | $1,654.93 |
| 01/31/2017 | | Green Bank | Bank Service Fee | | 2600-000 | | $2.15 | $1,652.78 |

| | | | | SUBTOTALS | $1,524.97 | $6.96 | |

**FORM 2** Page No: 3 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-29479-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ZYN, DOROTHY JOANNE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2949 | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/12/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/21/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $4,749.97 | $3,097.19 | $1,652.78 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,749.97 | $3,097.19 | |
| | | | Less: Payments to debtors | | $0.00 | $3,080.00 | |
| | | | **Net** | | $4,749.97 | $17.19 | |

**For the period of 8/12/2014 to 5/21/2017**

| | |
|---|---|
| Total Compensable Receipts: | $5,028.87 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,028.87 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $296.09 |
| Total Non-Compensable Disbursements: | $3,080.00 |
| Total Comp/Non Comp Disbursements: | $3,376.09 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/26/2015 to 5/21/2017**

| | |
|---|---|
| Total Compensable Receipts: | $5,028.87 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,028.87 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $296.09 |
| Total Non-Compensable Disbursements: | $3,080.00 |
| Total Comp/Non Comp Disbursements: | $3,376.09 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2 — Page No: 4 — Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-29479-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ZYN, DOROTHY JOANNE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2949 | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/12/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/21/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $4,749.97 | $3,097.19 | $1,652.78 |

**For the period of 8/12/2014 to 5/21/2017**

| | |
|---|---:|
| Total Compensable Receipts: | $5,028.87 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,028.87 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $296.09 |
| Total Non-Compensable Disbursements: | $3,080.00 |
| Total Comp/Non Comp Disbursements: | $3,376.09 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/12/2014 to 5/21/2017**

| | |
|---|---:|
| Total Compensable Receipts: | $5,028.87 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,028.87 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $296.09 |
| Total Non-Compensable Disbursements: | $3,080.00 |
| Total Comp/Non Comp Disbursements: | $3,376.09 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

CLAIM ANALYSIS REPORT

Page No: 1

Exhibit C

| Case No. | 14-29479-DLT | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | ZYN, DOROTHY JOANNE | | | | | | | Date: | 5/21/2017 |
| Claims Bar Date: | 07/17/2015 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $487.22 | $0.00 | $0.00 | $0.00 | $487.22 |
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1610<br>Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $10.38 | $0.00 | $0.00 | $0.00 | $10.38 |
| 1 | INTERNAL REVENUE SERVICE<br><br>Po Box 7317<br>Philadelphia PA 19101-7317 | Claims of Governmental Units | Allowed | 5800-000 | $1,539.80 | $0.00 | $0.00 | $0.00 | $1,539.80 |
| 1a | INTERNAL REVENUE SERVICE<br><br>Po Box 7317<br>Philadelphia PA 19101-7317 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $138.67 | $0.00 | $0.00 | $0.00 | $138.67 |
| | LAKELAW<br><br>53 West Jackson Boulevard<br>Suite 1610<br>Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |

**Claim Notes:** Reduced to $500 in exercise of billing judgment

| | LAKELAW<br><br>53 West Jackson Boulevard<br>Suite 1610<br>Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $26.22 | $0.00 | $0.00 | $0.00 | $26.22 |
|---|---|---|---|---|---|---|---|---|---|
| | OFFICE OF THE CLERK UNITED STATES BANKRUPTCY COURT<br><br>219 S. Dearborn Street Suite 713<br>Chicago IL 60604 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 |

**Claim Notes:** Adversary Filing Fee - 15-AP-00862

| | | | | | $3,052.29 | $0.00 | $0.00 | $0.00 | $3,052.29 |
|---|---|---|---|---|---|---|---|---|---|

**CLAIM ANALYSIS REPORT**

Page No: 2
Exhibit C

| | | |
|---|---|---|
| **Case No.** | 14-29479-DLT | **Trustee Name:** David Leibowitz |
| **Case Name:** | ZYN, DOROTHY JOANNE | **Date:** 5/21/2017 |
| **Claims Bar Date:** | 07/17/2015 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $26.22 | $26.22 | $0.00 | $0.00 | $0.00 | $26.22 |
| Attorney for Trustee Fees (Trustee Firm) | $500.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Claims of Governmental Units | $1,539.80 | $1,539.80 | $0.00 | $0.00 | $0.00 | $1,539.80 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 |
| General Unsecured § 726(a)(2) | $138.67 | $138.67 | $0.00 | $0.00 | $0.00 | $138.67 |
| Trustee Compensation | $487.22 | $487.22 | $0.00 | $0.00 | $0.00 | $487.22 |
| Trustee Expenses | $10.38 | $10.38 | $0.00 | $0.00 | $0.00 | $10.38 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       14-29479
Case Name:      DOROTHY JOANNE ZYN
Trustee Name:   David P. Leibowitz

| | |
|---|---:|
| Balance on hand: | $1,652.78 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $1,652.78 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $487.22 | $0.00 | $487.22 |
| David P. Leibowitz, Trustee Expenses | $10.38 | $0.00 | $10.38 |
| Lakelaw, Attorney for Trustee Fees | $500.00 | $0.00 | $500.00 |
| Lakelaw, Attorney for Trustee Expenses | $26.22 | $0.00 | $26.22 |
| Leonard Auction, Inc., Auctioneer for Trustee Fees | $267.00 | $267.00 | $0.00 |
| Leonard Auction, Inc., Auctioneer for Trustee Expenses | $11.90 | $11.90 | $0.00 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $350.00 | $0.00 | $350.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $1,373.82 |
| Remaining balance: | $278.96 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $278.96 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,539.80 must be paid in advance of any dividend to general (unsecured) creditors.

UST Form 101-7-TFR (5/1/2011)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $1,539.80 | $0.00 | $278.96 |

|   |   |
|---|---|
| Total to be paid to priority claims: | $278.96 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $138.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1a | Internal Revenue Service | $138.67 | $0.00 | $0.00 |

|   |   |
|---|---|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|   |   |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**