**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-29479 |
| | § | |
| DOROTHY JOANNE ZYN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,100.00 | Assets Exempt: | $11,749.00 |
| Total Distributions to Claimants: | $778.96 | Claims Discharged Without Payment: | $11,002.51 |
| Total Expenses of Administration: | $1,169.91 | | |

3) Total gross receipts of $5,028.87 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $3,080.00 (see **Exhibit 2**), yielded net receipts of $1,948.87 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,169.91 | $1,169.91 | $1,169.91 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $1,792.00 | $1,539.80 | $1,539.80 | $778.96 |
| General Unsecured Claims (from **Exhibit 7**) | $11,895.00 | $138.67 | $138.67 | $0.00 |
| **Total Disbursements** | $13,687.00 | $3,348.38 | $2,848.38 | $1,948.87 |

    4). This case was originally filed under chapter 7 on 08/12/2014. The case was pending for 38 months.

    5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>10/15/2017</u>     By:  <u>/s/ David P. Leibowitz</u>
                                                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| David Yurman men's watch(2) Amethyst ringsRoberto Coin necklaceRoberto Coin geometric collectionBlack sapphire n | 1129-000 | $4,415.00 |
| Illinois Unclaimed Funds | 1229-000 | $613.87 |
| **TOTAL GROSS RECEIPTS** | | **$5,028.87** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| DOROTHY ZYN | Exemptions | 8100-002 | $3,080.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,080.00** |

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $487.22 | $487.22 | $487.22 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $10.38 | $10.38 | $10.38 |
| Green Bank | 2600-000 | NA | $17.19 | $17.19 | $17.19 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $26.22 | $26.22 | $26.22 |
| Buyer's Premium - amethyst cocktail ring, Auctioneer for Trustee | 3610-000 | NA | $20.00 | $20.00 | $20.00 |
| Buyer's Premium - Bone Jewelry, Auctioneer for Trustee | 3610-000 | NA | $20.00 | $20.00 | $20.00 |
| Buyer's Premium - money clip, Auctioneer for Trustee | 3610-000 | NA | $20.00 | $20.00 | $20.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Buyer's Premium - Movado Watch, Auctioneer for Trustee | 3610-000 | NA | $24.00 | $24.00 | $24.00 |
| Buyer's Premium - Roberto Coin Necklace, Auctioneer for Trustee | 3610-000 | NA | $28.00 | $28.00 | $28.00 |
| Buyer's Premium - Yurman Watch (1), Auctioneer for Trustee | 3610-000 | NA | $80.00 | $80.00 | $80.00 |
| Buyer's Premium - Yurman Watch (2), Auctioneer for Trustee | 3610-000 | NA | $55.00 | $55.00 | $55.00 |
| flat fee commission, Auctioneer for Trustee | 3610-000 | NA | $20.00 | $20.00 | $20.00 |
| auctioneer's insurance, Auctioneer for Trustee | 3620-000 | NA | $0.35 | $0.35 | $0.35 |
| Insurance, Auctioneer for Trustee | 3620-000 | NA | $11.55 | $11.55 | $11.55 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,169.91 | $1,169.91 | $1,169.91 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | $1,792.00 | $1,539.80 | $1,539.80 | $778.96 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $1,792.00 | $1,539.80 | $1,539.80 | $778.96 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | Internal Revenue Service | 7100-000 | $1,792.00 | $138.67 | $138.67 | $0.00 |
| | Andrew Kern | 7100-000 | $5,000.00 | $0.00 | $0.00 | $0.00 |
| | Macy's | 7100-000 | $5,103.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $11,895.00 | $138.67 | $138.67 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Case 14-29479   Doc 67   Filed 11/13/17   Entered 11/13/17 14:18:33   Desc Main
Document      Page 5 of 12

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 14-29479-DLT | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ZYN, DOROTHY JOANNE | | Date Filed (f) or Converted (c): | 08/12/2014 (f) |
| For the Period Ending: | 10/15/2017 | | §341(a) Meeting Date: | 09/29/2014 |
| | | | Claims Bar Date: | 07/17/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Checking Account 4377 Chase Bank $4,964.79 held for judgment garnishment in case 2013-M1-713694 | $7,499.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   735 ILCS 5/12-1001(g)(1) | | | | | |
| 2  Security Deposit held by former landlord Location: 5525 E Pacific Coast #4, Long Beach CA 90804 | $1,100.00 | $1,100.00 | | $0.00 | FA |
| **Asset Notes:**   This was originally exempted, but was not exempted in amended schedules. | | | | | |
| 3  Misc. Household Goods and Furnishings | $580.00 | $0.00 | | $0.00 | FA |
| 4  Misc. Collectibles | $290.00 | $0.00 | | $0.00 | FA |
| 5  Misc. Wearing Apparel | $100.00 | $0.00 | | $0.00 | FA |
| 6  David Yurman men's watch<br>(2) Amethyst rings<br>Roberto Coin necklace<br>Roberto Coin geometric collection<br>Black sapphire necklace<br>ESQ Swiss stainless steel men's watch<br>John Hardy lady bracelet David Yurman money clip Pink cufflinks<br>Movado women's watch<br>Location: House of Kahn, 60 E Walton St, Chicago, IL 60611<br><br>David Yurman women's watch<br>Ring Earrings Bracelet Pendant Bracelet Earrings<br>Location: H. Horwitz Co., 845 N Michigan Ave, 900E, Chicago, IL 60611<br>Ivory<br>Silver<br>Costume jewelry<br>Location: Debtor's residence | $10,975.00 | $7,895.00 | | $4,415.00 | FA |
| **Asset Notes:**   All jewelry and collectibles enumerated in asset numbers 9-24 have been consolidated to asset number 6 for clarity. | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2   Exhibit 8

| Case No.: | 14-29479-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ZYN, DOROTHY JOANNE | Date Filed (f) or Converted (c): | 08/12/2014 (f) |
| For the Period Ending: | 10/15/2017 | §341(a) Meeting Date: | 09/29/2014 |
| | | Claims Bar Date: | 07/17/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 7  Misc. Hobby Equipment | $50.00 | $0.00 | | $0.00 | FA |
| 8  IRA 2469 Fidelity Investments | $150.00 | $0.00 | | $0.00 | FA |
| 9  Waterford Crystal clock - Seiko movement in box (u) | $0.00 | $300.00 | | $0.00 | FA |
| Asset Notes:  For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| 10  David Yurman Money Clip - Silver? (u) | $0.00 | $100.00 | | $0.00 | FA |
| Asset Notes:  For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| 11  Movado Women's watch (u) | $0.00 | $500.00 | | $0.00 | FA |
| Asset Notes:  For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| 12  Wedgewood Ashtray (u) | $0.00 | $100.00 | | $0.00 | FA |
| Asset Notes:  For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| 13  Wedgewood Queen's Jubilee ashtray (u) | $0.00 | $100.00 | | $0.00 | FA |
| Asset Notes:  For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| 14  "The Lord Wedgewood of Barlaston" small octagonal box - slate color (u) | $0.00 | $200.00 | | $0.00 | FA |
| Asset Notes:  For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| 15  small oval Wedgewood Box -Blue (u) | $0.00 | $200.00 | | $0.00 | FA |
| Asset Notes:  For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| 16  small Wedgewood bud vase - slate/gray (u) | $0.00 | $50.00 | | $0.00 | FA |
| Asset Notes:  For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| 17  Waterford Diamond Paperweight Clock (u) | $0.00 | $150.00 | | $0.00 | FA |
| Asset Notes:  For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| 18  thin gold necklace (u) | $0.00 | $100.00 | | $0.00 | FA |
| Asset Notes:  For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| 19  Ivory Bracelet (u) | $0.00 | $100.00 | | $0.00 | FA |
| Asset Notes:  For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| 20  Ivory Beads (u) | $0.00 | $100.00 | | $0.00 | FA |
| Asset Notes:  For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| 21  Ivory Earrings (u) | $0.00 | $100.00 | | $0.00 | FA |
| Asset Notes:  For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| 22  Ivory Ring (u) | $0.00 | $100.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3          Exhibit 8

| Case No.: | 14-29479-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ZYN, DOROTHY JOANNE | Date Filed (f) or Converted (c): | 08/12/2014 (f) |
| For the Period Ending: | 10/15/2017 | §341(a) Meeting Date: | 09/29/2014 |
| | | Claims Bar Date: | 07/17/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Asset Notes:** For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| **Ref. #** | | | | | |
| 23  Ivory Rose  (u) | $0.00 | $100.00 | | $0.00 | FA |
| **Asset Notes:** For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| 24  4 ivory rings (determined to be bone, not ivory)  (u) | $0.00 | $200.00 | | $0.00 | FA |
| **Asset Notes:** For simplicity, all jewelry/collectibles are consolidated into Asset #6. | | | | | |
| 25  Illinois Unclaimed Funds  (u) | $0.00 | $613.87 | | $613.87 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                **Gross Value of Remaining Assets**
                          $20,744.00                          $12,108.87                                       $5,028.87                                                  $0.00

**Major Activities affecting case closing:**
06/30/2017    TFR filed at court 7/10/2017

**Initial Projected Date Of Final Report (TFR):**   07/17/2016    **Current Projected Date Of Final Report (TFR):**   05/23/2017    /s/ DAVID LEIBOWITZ
                                                                                                                                      DAVID LEIBOWITZ

**FORM 2** Page No: 1 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-29479-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ZYN, DOROTHY JOANNE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2949 | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/12/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/28/2015 | (6) | House of Kahn Inc | Payment for Sale of Jewelry held on consignment | 1129-000 | $125.00 | | $125.00 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.18 | $124.82 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.21 | $124.61 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.18 | $124.43 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.19 | $124.24 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.20 | $124.04 |
| 11/30/2015 | (6) | House of Kahn | Payment for Sale of Jewelry held on consignment | 1129-000 | $600.00 | | $724.04 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.18 | $723.86 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $1.13 | $722.73 |
| 01/20/2016 | (6) | H. Horwitz | proceeds of sale of certain assets - balance of consignment returned to Trustee and enumerated separately on Form 1 | 1129-000 | $2,500.00 | | $3,222.73 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.59 | $3,220.14 |
| 02/04/2016 | 3001 | DOROTHY ZYN | exemptions to debtor on personal property assets | 8100-002 | | $3,080.00 | $140.14 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.89 | $136.25 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.21 | $136.04 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.21 | $135.83 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.21 | $135.62 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.21 | $135.41 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.21 | $135.20 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.21 | $134.99 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.22 | $134.77 |

**SUBTOTALS** $3,225.00 $3,090.23

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-29479-DLT | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ZYN, DOROTHY JOANNE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2949 | | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/12/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/03/2016 | | Leonard Auction, Inc. | Proceeds of Auction of Personal Property | * | $896.45 | | $1,031.22 |
| | {6} | | Bone Jewelry Assortment $50.00 | 1129-000 | | | $1,031.22 |
| | | | Buyer's Premium - Bone Jewelry $(20.00) | 3610-000 | | | $1,031.22 |
| | {6} | | Watch (1) $400.00 | 1129-000 | | | $1,031.22 |
| | | | Buyer's Premium - amethyst cocktail ring $(20.00) | 3610-000 | | | $1,031.22 |
| | {6} | | Money Clip $90.00 | 1129-000 | | | $1,031.22 |
| | | | Buyer's Premium - money clip $(20.00) | 3610-000 | | | $1,031.22 |
| | | | Buyer's Premium - Yurman Watch (1) $(80.00) | 3610-000 | | | $1,031.22 |
| | {6} | | Yurman Watch (2) $275.00 | 1129-000 | | | $1,031.22 |
| | | | Buyer's Premium - Yurman Watch (2) $(55.00) | 3610-000 | | | $1,031.22 |
| | {6} | | Movado Watch $120.00 | 1129-000 | | | $1,031.22 |
| | | | Buyer's Premium - Movado Watch $(24.00) | 3610-000 | | | $1,031.22 |
| | {6} | | Roberto Coin Necklace $140.00 | 1129-000 | | | $1,031.22 |
| | | | Buyer's Premium - Roberto Coin Necklace $(28.00) | 3610-000 | | | $1,031.22 |
| | | | Insurance $(11.55) | 3620-000 | | | $1,031.22 |
| | {6} | | Amythest Ring $80.00 | 1129-000 | | | $1,031.22 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.51 | $1,029.71 |
| 11/07/2016 | | Leonard Auction, Inc. | Liquidation of Wedgwood Assortment | * | $14.65 | | $1,044.36 |
| | {6} | | Liquidation of Wedgwood Assortment $35.00 | 1129-000 | | | $1,044.36 |
| | | | auctioneer's insurance $(0.35) | 3620-000 | | | $1,044.36 |
| | | | flat fee commission $(20.00) | 3610-000 | | | $1,044.36 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.62 | $1,042.74 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.68 | $1,041.06 |
| 01/16/2017 | (25) | Susana A. Mendoza | Illinois Unclaimed Funds | 1229-000 | $613.87 | | $1,654.93 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.15 | $1,652.78 |
| 08/08/2017 | 3002 | Office of the Clerk United States Bankruptcy Court | Claim #: ; Amount Claimed: $350.00; Distribution Dividend: 100.00%; | 2700-000 | | $350.00 | $1,302.78 |
| 08/08/2017 | 3002 | VOID: Office of the Clerk United States Bankruptcy Court | | 2700-003 | | ($350.00) | $1,652.78 |

**SUBTOTALS** $1,524.97   $6.96

**FORM 2**

Page No: 3     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-29479-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ZYN, DOROTHY JOANNE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2949 | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/12/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/08/2017 | 3003 | Lakelaw | Claim #: ; Amount Claimed: $26.22; Distribution Dividend: 100.00%; | 3120-000 | | $26.22 | $1,626.56 |
| 08/08/2017 | 3003 | VOID: Lakelaw | | 3120-003 | | ($26.22) | $1,652.78 |
| 08/08/2017 | 3004 | Lakelaw | Claim #: ; Amount Claimed: $500.00; Distribution Dividend: 100.00%; | 3110-000 | | $500.00 | $1,152.78 |
| 08/08/2017 | 3004 | VOID: Lakelaw | | 3110-003 | | ($500.00) | $1,652.78 |
| 08/08/2017 | 3005 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $487.22 | $1,165.56 |
| 08/08/2017 | 3005 | VOID: David P. Leibowitz | | 2100-003 | | ($487.22) | $1,652.78 |
| 08/08/2017 | 3006 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $10.38 | $1,642.40 |
| 08/08/2017 | 3006 | VOID: David P. Leibowitz | | 2200-003 | | ($10.38) | $1,652.78 |
| 08/08/2017 | 3007 | Internal Revenue Service | Claim #: 1; Amount Claimed: $1,539.80; Distribution Dividend: 18.12%; | 5800-000 | | $278.96 | $1,373.82 |
| 08/08/2017 | 3007 | VOID: Internal Revenue Service | | 5800-003 | | ($278.96) | $1,652.78 |
| 08/25/2017 | 3008 | Office of the Clerk United States Bankruptcy Court | Claim #: ; Amount Claimed: $350.00; Distribution Dividend: 100.00%; | 2700-000 | | $350.00 | $1,302.78 |
| 08/25/2017 | 3009 | Lakelaw | Claim #: ; Amount Claimed: $26.22; Distribution Dividend: 100.00%; | 3120-000 | | $26.22 | $1,276.56 |
| 08/25/2017 | 3010 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $487.22 | $789.34 |
| 08/25/2017 | 3011 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $10.38 | $778.96 |
| 08/25/2017 | 3012 | Internal Revenue Service | Claim #: 1; Amount Claimed: $1,539.80; Distribution Dividend: 50.59%; | 5800-000 | | $778.96 | $0.00 |

| | | | | | SUBTOTALS | $0.00 | $1,652.78 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4     Exhibit 9

| Case No. | 14-29479-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ZYN, DOROTHY JOANNE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2949 | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/12/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | TOTALS: | | $4,749.97 | $4,749.97 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
|  |  |  | Subtotal | | $4,749.97 | $4,749.97 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $3,080.00 | |
|  |  |  | Net | | $4,749.97 | $1,669.97 | |

|  |  |  |  |
|---|---|---|---|
| **For the period of 8/12/2014 to 10/15/2017** | | **For the entire history of the account between 05/26/2015 to 10/15/2017** | |
| Total Compensable Receipts: | $5,028.87 | Total Compensable Receipts: | $5,028.87 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,028.87 | Total Comp/Non Comp Receipts: | $5,028.87 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,948.87 | Total Compensable Disbursements: | $1,948.87 |
| Total Non-Compensable Disbursements: | $3,080.00 | Total Non-Compensable Disbursements: | $3,080.00 |
| Total Comp/Non Comp Disbursements: | $5,028.87 | Total Comp/Non Comp Disbursements: | $5,028.87 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 14-29479-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ZYN, DOROTHY JOANNE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2949 | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/12/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/15/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $4,749.97 | $4,749.97 | $0.00 |

| For the period of 8/12/2014 to 10/15/2017 | | For the entire history of the case between 08/12/2014 to 10/15/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,028.87 | Total Compensable Receipts: | $5,028.87 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,028.87 | Total Comp/Non Comp Receipts: | $5,028.87 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,948.87 | Total Compensable Disbursements: | $1,948.87 |
| Total Non-Compensable Disbursements: | $3,080.00 | Total Non-Compensable Disbursements: | $3,080.00 |
| Total Comp/Non Comp Disbursements: | $5,028.87 | Total Comp/Non Comp Disbursements: | $5,028.87 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ